# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                        Case Number: 24-21282-LMI
                                                                         Chapter 13

RAUL ENRIQUE GARCIA CERDA
AND NATACHA GARCIA,

                             Debtor(s).                 /

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

**Claim#:**       5.2
**Claimant:**     Wells Fargo Bank, N.A.
**Reason:**       The Amended Proof of Claim was filed late and denotes an unsecured amount. Debtor's confirmed plan provides for this claim to be paid directly.
**Disposition:** Sustain Objection and disallow claim.

I CERTIFY that a true and correct copy of this Objection to Claim was served via ECF on Counsel for the Debtor and the parties listed below on 12/16/2025.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: _____
GIANNY BLANCO, ESQ.
FLORIDA BAR NO: 0078080

COPIES FURNISHED TO:

BY U.S. FIRST CLASS MAIL

Wells Fargo Bank, N.A.
d/b/a Wells Fargo Auto
P.O. Box 169005
Irving, TX 75016
(Proof of Claim No. 5)

Wells Fargo Bank, N.A.
c/o Corporation Service Co., Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

Wells Fargo Bank, N.A.
c/o Charles W. Scharf, CEO
101 N Phillips Ave
Sioux Falls, SD 57104
(Certified Mail: 9589 0710 5270 1131 9280 62

By: _____
GIANNY BLANCO, ESQ.
FLORIDA BAR NO: 0078080