UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Raul Enrique Garcia Cerda                              Case No.: 24-21282-LMI
          Natacha Garcia                                         Chapter 13
                    Debtors                        /

## MOTION TO MODIFY CHAPTER 13 PLAN

COME NOW, the Debtors, Raul Enrique Garcia Cerda and Natacha Garcia, by

and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and

as grounds states as follows:

1.      On October 29, 2024, the instant case was filed.

2.      On May 16, 2025, Debtors' Second Amended Chapter 13 plan was

        confirmed.

3.      In Debtors' confirmed plan, the Debtors were treating the claim with Wells

        Fargo Bank, N.A. (herein "Secured Creditor") for their 2020 Honda Civic

        (herein "Vehicle") direct and outside their chapter 13 plan.

4.      The Secured Creditor filed Proof of Claim #5 as a fully secured claim.

5.      On April 3, 2025, the claim was allowed as filed without distribution from

        the Chapter 13 Trustee by the Order sustaining the Objection to Claim at

        ECF#50.

6.      Subsequent to the confirmation of the Second Amended Plan, the Secured

        Creditor called the Debtors and informed the Debtors that the Secured

        Creditor no longer wanted to do business with them and the Secured

        Creditor took possession of the Vehicle.

7.      Upon information and belief, the Vehicle was repossessed and sold at

        auction on or about September 9, 2025.

8.      On November 18, 2025, the Secured Creditor filed Amended Claim #5-2 as a fully unsecured general claim for a car loan deficiency of $8,910.80.

9.      On December 16, 2025, the Trustee objected to the Amended Claim alleging that it was filed late and denotes an unsecured amount and that the Debtors' confirmed plan provides for this claim to be paid directly. Further requesting that the court Sustain the Objection and disallow claim.

10.     Because of the Secured Creditor's actions of taking the vehicle, the Debtors have no other choice but to surrender the claim in their plan and thus they have filed the plan to allow for the Vehicle to be surrendered and the claim to be included in their discharge.

11.     As a separate and apart issue, the Trustee notified the Debtors that there was Proof of Claim #3 with Koalafi which was for leased to own goods.

12.     The Debtors wish to modify their plan to assume the lease.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' FIRST Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Debtors' and Nancy K. Neidich, Trustee and U.S. Mail on January 10, 2026 and to all parties on the service list.

Respectfully submitted:
January 10, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com